Jacqueline Warner
3053 W. Craig Road, E 155,
North Las Vegas, NV 89032
650-520-5596
h7890p@yahoo.com

*Pro Se Plaintiff*

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
7/7/2015

United States District Court

Northern District of California

Oakland

| | |
|---|---|
| Jacqueline Warner, | ) Case No.: 15 - 01835  YGR |
|  Plaintiff, | ) **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. | ) |
| GMACM | ) |
|  Defendant | ) |

TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD.

I am the Plaintiff in this matter and I voluntarily dismiss the Defendant, GMACM, from this lawsuit pursuant to Federal Rule of Civil Procedure 41(a). Note that Plaintiff's Claim #3502 in U.S. Bankruptcy Court, Southern District of New York, Case 12-12029, was filed for "Name of Debtor": GMAC-RFC Holding Company, LLC. The court decided, "The court will treat the claim as having been stated against GMACM." For the record, Plaintiff's original claim

was against GMAC-RFC Holding Company, LLC. Such dismissal shall be without prejudice preserving the statute of limitation and reserves the right to enforce a claim either in their bankruptcy case or in a district court. Each side, Warner and GMACM, to bear their own costs and fees.

DATED: June 10, 2015

                                        JACQUELINE WARNER
                                        In Pro Per