UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JACQUELINE A. WARNER**, <br> Plaintiff, <br> v. <br> **CMG MORTGAGE INC, ET AL.**, <br> Defendants. | Case No. 15-cv-01835-YGR <br><br> **ORDER VACATING HEARING** <br> Re: Dkt. No. 60 |

Three motions to dismiss (Dkt. Nos. 46, 52, 55) are currently set for hearing on September 1, 2015. The Court hereby **VACATES** the hearing, and the parties need not appear on that date. If a hearing is ultimately deemed necessary, the Court will so advise the parties.

**IT IS SO ORDERED.**

Dated: August 12, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**