BN 19615687v1

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| JACQUELINE WARNER, an individual<br><br>Plaintiff,<br><br>vs.<br><br>CMG MORTGAGE, INC. a corporation; GMAC MORTGAGE, LLC; ALLY BANK, a Utah federal bank and successor to GMAC Bank; ALLY FINANCIAL INC.; ORANGE COAST TITLE COMPANY, a California Company, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 4:15-cv-01835-YGR<br><br>**[PROPOSED] JUDGMENT AFTER COURT ORDER GRANTING MOTIONS TO DISMISS** |

1

[PROPOSED] JUDGMENT AFTER COURT ORDER GRANTING MOTIONS TO DISMISS

1  Defendants Ally Bank and Ally Financial, Inc. (collectively, the "Ally Defendants"), Orange Coast Title Company ("Orange Coast") and CMG Mortgage, Inc. ("CMG") each brought Motions to Dismiss (Dkt. Nos. 46, 52, 55) the First Amended Complaint (Dkt. No 34) of Plaintiff Jacqueline Warner ("Plaintiff"). After consideration of the moving and opposition papers, and good cause appearing therefor, the Court granted the Motions to Dismiss of the Ally Defendants, Orange Coast and CMG (Order Granting Motions to Dismiss; Dkt. No. 80).

NOW THEREFORE, IT IS ORDERED, ADJUDICATED AND DECREED that Judgment is entered in favor of the Ally Defendants, CMG, and Orange Coast and against Plaintiff, and that Plaintiff shall take nothing by way of her First Amended Complaint against these parties.

IT IS HEREBY FURTHER ORDERED that the Ally Defendants, CMG, and Orange Coast shall be awarded their respective costs of suit from Plaintiff.

Dated: January 8. 2016

_____
Honorable Yvonne Gonzalez Rogers
Judge of the United States District
Court, Northern District of California